# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0109

_____

TYREESE FAUST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance Eric Neff, Judge.

April 29, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyreese Faust, pro se, Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, III, Assistant Attorney General, Tallahassee, for Appellee.